AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED ENTERED
LODGED RECEIVED

MAR 28 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) ) Case No. MJ13-118
)
Express Mail Envelope Addressed To: )
"Tom Orr 5116 US Hwy 67 Beardstown, IL 62618" )
Parcel Tracking No. EI 551921934 )

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
(identify the person or describe the property to be searched and give its location):
Express Mail Envelope addressed to "Tom Orr 5116 US Hwy 67 Beardstown, IL 62618" from Orskog PO Box 1369 Burlington, WA 98233- Parcel Tracking No. EI 551921934, more fully described in 'Attachment A', attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):
Please see 'Attachment B', attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____March 14, 2013_____
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
ANy United States Magistrate Judge_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 1, 2013
3:30 pm                              _____
                                      Judge's signature

City and state: Seattle, Washington       JAMES P. DONOHUE, U.S. MAGISTRATE JUDGE
                                      Printed name and title

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1901340 | 1 MAR 13 / 5:45 PM | USPS |

Inventory made in the presence of: Inspector Bega

Inventory of the property taken and name of any person(s) seized:

Nothing Seized

N.F.E.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1 MARCH 13

3/28/2013

_James P. [signature]_

_[signature]_
Executing officer's signature

Nelson Y Rivera, USPIS
Printed name and title